IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PNC BANK, N.A. | ) |
| | ) |
| Plaintiff, | ) |
| | ) 1:13-cv-523-WSD |
| v. | ) |
| | ) |
| DANIEL R. PARKER and | ) |
| RUTHANNE A. PARKER, | ) |
| | ) |
| Defendants. | ) |

## RECEIVER'S FINAL REPORT

Hays Financial Consulting, LLC, the Court-Appointed Receiver for certain property of the Defendants (the "Receiver"), files its Final Report showing the Court as follows:

### INTRODUCTION

1. The Receiver was appointed pursuant to the Order and Judgment ("Order") entered by the Court on May 7, 2013. Per the Order, the Receiver's general duties were to manage and maintain the property as described in the Order (the "Property") including without limitation to take immediate custody of the Property, to operate and preserve the same, and, with approval of the Plaintiff, to market and sell the Property.

## OVERVIEW OF THE RECEIVER'S ACTIVITIES

1. The following were accomplished during this period:

    a. Held communications with Plaintiff to discuss issues related to the Property and as required under the Order. These included monthly financial reports to the Plaintiff.

    b. Maintained the daily cash accounting for the Property.

    c. Maintained a commercial insurance policy to cover the Property.

    d. Managed property maintenance issues and related vendors as needed.

    e. Upon approval by the Plaintiff, engaged a real estate broker to market the property for sale.

    f. With approval by the Plaintiff, accepted an offer for purchase of the Property. The purchase and sale of the Property closed on October 20, 2015.

2. The Receiver Estate bank account balance is approximately $13,000. The Receiver estimates that the majority of these funds will be used to pay final expenses consisting of utility invoices, insurance, the Receiver's fees and expenses for September and October, and Receiver's counsel's fees for drafting Receiver termination documents with the Court. Any remaining funds will be delivered to Plaintiff after satisfaction of final liabilities.

## OVERVIEW OF THE PROPERTY'S ACCOUNTING

3. An income statement is attached for the period from September 1 through October 21, 2015, and also for the case inception-to-date period.

4. In addition to processing lease payment revenue and paying regular monthly operating expenditures, the Receiver received $617,606.85 in funds related to the sale

closing on October 20, 2015. The Receiver promptly wired $607,606.85 to the Plaintiff on October 21, 2015. $10,000.00 of the sale funds were retained by the Receiver in order to pay final expenses as noted in Paragraph 2.

Respectfully submitted this 26th day of October, 2015.

*/s/ Michael McClellan*

Michael McClellan,

On Behalf of Hays Financial Consulting as Receiver

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date set forth below, the **RECEIVER'S FINAL REPORT** was served via United States First Class Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Daniel R. Parker and<br>Ruthanne A. Parker<br>45525 Highway 79, Site 64<br>Aguanga, California 92536 | Daniel R. Parker and<br>Ruthanne A. Parker<br>P.O. Box 84<br>Aguanga, California 92536 |

This 26th day of October, 2015.

_/s/ Michael McClellan_

Michael McClellan, on behalf of
Hays Financial Consulting as Receiver

## HFC as Receiver for Parker (5425 N. Henry Blvd)
# Profit & Loss
### September 1 through October 21, 2015

|  | Sep 1 - Oct 21, 15 |
|---|---:|
| **Ordinary Income/Expense** | |
|   Expense | |
|     Bank Service Charges | 84.70 |
|     Insurance Expense | |
|       General Liability Insurance | 88.34 |
|       Property | 2,739.52 |
|     **Total Insurance Expense** | 2,827.86 |
|     Professional Fees | 1,092.86 |
|     Repairs and Maintenance | |
|       Landscaping | 900.00 |
|       Repairs and Maintenance - Other | 419.00 |
|     **Total Repairs and Maintenance** | 1,319.00 |
|     Utilities | 295.52 |
|   **Total Expense** | 5,619.94 |
| **Net Ordinary Income** | (5,619.94) |
| **Other Income/Expense** | |
|   Other Income | |
|     Proceeds from Sale of Assets | 617,606.85 |
|   **Total Other Income** | 617,606.85 |
|   Other Expense | |
|     Funds to Owner (PNC) | 607,606.85 |
|   **Total Other Expense** | 607,606.85 |
| **Net Other Income** | 10,000.00 |
| **Net Income** | 4,380.06 |

# HFC as Receiver for Parker (5425 N. Henry Blvd)
## Profit & Loss YTD
### May 1, 2013 through October 21, 2015

|  | May 1, '13 - Oct 21, 15 |
|---|---:|
| **Ordinary Income/Expense** | |
|   Income | |
|     Rent Income | 183,750.00 |
|   **Total Income** | 183,750.00 |
| **Gross Profit** | 183,750.00 |
|   Expense | |
|     Bank Service Charges | 890.61 |
|     Commissions fee | 15,000.00 |
|     Insurance Expense | |
|       General Liability Insurance | 2,402.53 |
|       Property | 8,217.63 |
|     **Total Insurance Expense** | 10,620.16 |
|     Professional Fees | |
|       Legal Fees | 5,004.03 |
|       Professional Fees - Other | 28,832.84 |
|     **Total Professional Fees** | 33,836.87 |
|     Repairs and Maintenance | |
|       Landscaping | 3,600.00 |
|       Repairs and Maintenance - Other | 2,639.00 |
|     **Total Repairs and Maintenance** | 6,239.00 |
|     Taxes - Property | 51,693.46 |
|     Utilities | 1,320.25 |
|   **Total Expense** | 119,600.35 |
| **Net Ordinary Income** | 64,149.65 |
| **Other Income/Expense** | |
|   Other Income | |
|     Proceeds from Sale of Assets | 617,606.85 |
|   **Total Other Income** | 617,606.85 |
|   Other Expense | |
|     Funds to Owner (PNC) | 607,606.85 |
|   **Total Other Expense** | 607,606.85 |
| **Net Other Income** | 10,000.00 |
| **Net Income** | 74,149.65 |